AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

<span style="color:red">Jul 14, 2026</span>

<span style="color:red">SEAN F. McAVOY, CLERK</span>

ARTURO C.

_____
*Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security

_____
*Defendant*

Civil Action No.   4:26-cv-5015-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Pursuant to the Court Order at ECF No 14, the ALJ's partially favorable decision is AFFIRMED. The parties' briefs,
ECF Nos. 10 and 12, are TERMINATED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Edward F. Shea.

Date:  7/14/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*